UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOAN SMITH,

        Plaintiff,

-vs-                                      Case No. 5:11-cv-349-Oc-10TBS

VALENTINE & KEBARTAS, INC.,

        Defendant.
_____/

## **O R D E R**

This case is before the Court for consideration of the Plaintiff's Motion for Final Default Judgment (Doc. 7). On July 21, 2011, the Clerk entered default against the Defendant and in favor of the Plaintiff (Doc. 5). The Defendant was served with the Complaint on June 23, 2011 (Doc. 3), but has not responded to the Clerk's default or to the Motion for Final Default Judgment, and has not otherwise appeared or participated in this case. The Plaintiff's motion is therefore due to be granted.

In her Complaint, the Plaintiff alleges that the Defendant is a collection agency and "debt collector" subject to the provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") (Doc. 1, ¶¶ 1, 6. 9). The Defendant allegedly violated numerous provisions of the FDCPA, including failing to send the Plaintiff a letter notifying her of her rights and privileges under the law, failing to provide any documentation detailing the alleged debt, and making numerous harassing "collection calls" to the Plaintiff without

identifying itself as a debt collector. Id., ¶¶ 14-20. By virtue of the Defendant's default in this case, these allegations are admitted as true.[1]

The Plaintiff requests the Court enter judgment against the Defendant in the total amount of $3,195.00, representing $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), $1,800.00 in attorney's fees, and $395.00 in court costs. A review of the Complaint and applicable legal authority establishes that the Plaintiff is entitled to the relief requested. The Plaintiff has also submitted an affidavit from her attorney detailing the accrued attorney's fees (6 hours at $300.00 per hour), and court costs ($350.00 filing fee and $45.00 for service of process).

Accordingly, upon due consideration, it is hereby ORDERED as follows:

(1)   The Plaintiff's Motion for Final Default Judgment (Doc. 7) is GRANTED.

(2)   The Clerk is directed to enter Judgment in favor of the Plaintiff and against the Defendant in the amount of $ 3,195.00, which represents $1,000.00 in statutory damages, $ 1,800.00 in attorney's fees, and $395.00 in court costs.

---

[1] Buchanan v. Bowman, 829 F.2d 359, 361 (11th Cir. 1987).

(3)     The Clerk is further directed to terminate any other pending motions and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record